# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Clarissa Orbeta Rodriguez

V.

Discover Bank; Bishop White Marshall & Weibel, P.S.; William L Bishop, Jr.; Krista L. White; Ann T. Marshall; David A. Weibel; Jerome M. Yalon, Jr.; Samantha Blue; Does 1-10

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 11cv2155-BTM(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Summary judgment is granted in favor of all of the defendants.

April 30, 2012
Date

W. Samuel Hamrick, Jr.
Clerk

s/ E Silvas
(By) Deputy Clerk

ENTERED ON April 30, 2012